# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGDELINO AVECAR PINEDA,<br><br>       Petitioner,<br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>       Respondents. | CA No.: 1:25-CV-12773-DJC |

## STATUS REPORT

Respondents, by undersigned counsel, respectfully submit this status report regarding the outcome of the Petitioner's bond hearing, pursuant to the Court's Electronic Order of November 6, 2025 (ECF No. 10),

The bond hearing was held on November 13, 2025, before the Chelmsford Immigration Court. The Immigration Court granted bond in the amount of $5,000.

                                            Respectfully submitted,

                                            LEAH B. FOLEY
                                            United States Attorney

Dated: November 14, 2025        By:   */s/ Shawna Yen*
                                                     Shawna Yen
                                                     Assistant U.S. Attorney
                                                     U.S. Attorney's Office
                                                     John J. Moakley U.S. Courthouse
                                                     1 Courthouse Way, Suite 9200

Boston, MA  02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  November 14, 2025        By:    */s/ Shawna Yen*
                                                      SHAWNA YEN
                                                      Assistant United States Attorney