UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGDELINO AVECAR PINEDA, )<br>)<br>      Petitioner, )<br>)<br>      v. )<br>)<br>ANTONE MONIZ, Superintendent, )<br>Plymouth Country Correctional Facility; )<br> et al. )<br>)<br>      Respondents. ) | Civil Action No. 1:25-CV-12773-DJC |

**PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**

Whereas this Court ordered on November 6, 2025 that Respondents grant Petitioner a bond hearing within a week, and a bond hearing was held on November 13, 2025 at which the Immigration Court ordered that Petitioner be released from custody under bond of $5000, and Petitioner has posted that bond and been released from custody, Petitioner respectfully moves that this case be voluntarily dismissed.

Respectfully submitted,

/s/ A. Hugh Scott
A. Hugh Scott (BBO# 449160)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

Dated: November 18, 2025

*Counsel for Petitioner*

13095530v1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 18, 2025        By:    */s/ A. Hugh Scott*
                                                        A. Hugh Scott
                                                        Counsel for Petitioner